```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    vs.                Civil No. 10-2024

STEVEN D. ASBILL                                        DEFENDANT

<u>ORDER</u>

Now on this 20th day of April, 2010, there comes on for consideration, the United States of America's motion to dismiss the Complaint filed herein without prejudice (doc. 3). The Court, being well and sufficiently advised, finds the motion should be and hereby is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 20th DAY OF APRIL, 2010

<u>/s/ Robert T. Dawson</u>
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE
